# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| In the Matter of the Search of )<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)* )<br>)<br>208 East Maple Street, Fair Grove, Missouri 65648 )<br>(Fully described in Attachment A to the Affidavit in )<br>Support of the Search Warrant) ) | Case No. 17-SW-2057DPR |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Western     District of     Missouri    
*(identify the person or describe the property to be searched and give its location)*:
208 East Maple Street, Fair Grove, Missouri 65648 (More fully described in Attachment A to the Affidavit in Support of the Search Warrant)

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B to the Affidavit in Support of the Search Warrant.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before     July 7, 2017    
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.      ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Sarah W. Hays      .
    *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for      days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of      .

Date and time issued:   06/28/2017 10:49 am          *Sarah W. Hays*
                                                                                   *Judge's signature*

City and state:   Lee's Summit, MO            Sarah W. Hays, Chief United States Magistrate Judge
                                                                                        *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

# Return

| Case No.: 17-SW-2057DPR | Date and time warrant executed: 6/28/2017 1245 | Copy of warrant and inventory left with: JACK DUECK |

Inventory made in the presence of:
JACK DUECK

Inventory of the property taken and name of any person(s) seized:

4 ENVIRONMENTAL SAMPLES

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/29/2017

_____
Executing officer's signature

HUGH McCULLOUGH, SPECIAL AGENT
Printed name and title

17-SW-2057DPR

ATTACHMENT A

**PROPERTY DESCRIPTION**



Jack Dueck Residence
208 East Maple Street,
Fair Grove, Missouri 65648

The Jack Dueck Residence is a five-acre parcel and sits on the south side of East Maple Street in Fair Grove, Greene County, Missouri, a location within the Western District of Missouri. The house is white in color with greenish-blue trim, and a greenish/gray roof. The house sits in the center of a horseshoe driveway and appears to be a single story residence. The house is flanked to the east by a large white barn with a gray roof. Several other out buildings sit to the south of the residence, as does an old grain silo. The figure below displays satellite imagery of the property.



17-SW-2057DPR

ATTACHMENT B

**ITEMS TO BE SEIZED**

All evidence, fruits, and instrumentalities related to violations of the Resource Conservation and Recovery Act ("RCRA"), 42 U.S.C. § 6901, *et seq.*, including, but not limited to, knowing transportation of hazardous waste to an unpermitted facility in violation of 42 U.S.C. § 6928(d)(1), knowing storage or disposal of a hazardous waste without a permit or in violation of a permit in violation of 42 U.S.C. § 6928(d)(2), knowing storage or disposal of a hazardous waste and failure to file any record required to be maintained in violation of 42 U.S.C. § 6928(d)(4), knowing transportation of hazardous waste without a manifest in violation of 42 U.S.C. § 6928(d)(5), including, but not limited to, the following:

1. Samples of all containers and contaminated areas associated with the drums located ~~at the residence at~~ 208 East Maple Street, Fair Grove, Greene County, Missouri, a location within the Western District of Missouri, and also known as the Jack Dueck Residence, in the outdoor areas or in or around any of the outbuildings located at.

2. ~~All documents dated January 1, 2007, to the present, including, but not limited to, the following:~~ The file cabinets observed in the East barn may be searched for the following documents:

    a. Documents, records and files containing the names, addresses, and telephone numbers of employees of Suede Masters, job descriptions, and other material defining the nature and scope of each employee's responsibilities, to include time sheets and/or time cards documenting attendance of each employee;

    b. Manifests, invoices, bills of lading, shipping documents, waste analysis, waste profiles, receipts, or other documents relating to the transportation and/or disposal of waste from Suede Masters;

    c. Correspondence, memoranda, notes, or other documents or files reflecting communications or contacts between officials or employees of Suede Masters concerning the disposition of operational waste from the Suede Masters facility;

    d. Documents, logs, work orders, journals, books or other records or files relating to the treatment, storage, and/or disposal of operational waste at Suede Masters;

    e. Documents or files reflecting information concerning the knowledge of employees, officers, or managers of Suede Masters relating to the transportation, storage, and/or disposal of operational waste at Suede Masters;

    f. Records, documents, or files relating to compliance with state, federal, and local laws pertaining to environmental protection; and

    g. ~~Computerized records of any document described in paragraphs a. through f. above, along with any documentation explaining the operation of the computer system and backup files or disks.~~